UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:

Case No: 19-50012-KKS

KENNY STRANGE ELECTRIC, INC.,

    Debtor.

Chapter 11

_____/

**FINAL APPLICATION OF CARR, RIGGS & INGRAM, LLC FOR
COMPENSATION AS ACCOUNTANT FOR THE DEBTOR**

**I.    SUMMARY OF APPLICATION**

| | |
|---|---|
| Name of Applicant: | Carr, Riggs & Ingram, LLC |
| Services Provided to: | Kenny Strange Electric, Inc. |
| Date of Retention: | January 23, 2019 |
| Period for this Application: | January 23, 2019 through September 30, 2019 |
| Amount of Compensation Sought: | $18,133.50 |
| Amount of Expense Reimbursement: | $0.00 |
| Amounts Received to Date: | $0.00 |
| Blended Hourly Rate this Application: | $[1]    Cumulative: N/A |

This is a: ___ interim  _X_ final application.

Disclose the following for each prior application: This is **Carr, Riggs & Ingram, LLC's** final application for compensation.

| Period | | Requested | | | | Approved | | Paid | | Hold-back |
|---|---|---|---|---|---|---|---|---|---|---|
| Filed | Period | Fees | Hrs. | Rate | Exps. | Fees | Exps. | Fees | Exps. | |
| 10/11/19 | 1/23/19 - 9/30/19 | $18,133.50 | | | $0.00 | N/A | N/A | N/A | N/A | N/A |

---

[1] CRI will file an amended application attaching invoices depicting the amount of time spent on services provided to the Debtor.

## II.   APPLICATION

The undersigned counsel for Kenny Strange Electric, Inc. ("KSE" or the "Debtor") hereby files[2] this *Final Application of Carr, Riggs & Ingram, LLC for Compensation as Accountant for the Debtor* (the "Application") on behalf of Carr, Riggs & Ingram, LLC ("CRI" or "Applicant") pursuant to 11 U.S.C. § 330 and Fed.R.Bankr.P. 2016.  Through this Application, CRI seeks **(a)** allowance and payment of compensation for services rendered and for reimbursement of expenses paid and incurred in such capacity for the period of January 23, 2019 through September 30, 2019 (the "Application Period"), in the amount of $18,133.50 and reimbursement of expenses incurred in the amount of $0.00, **(b)** payment of such fees and expenses, and **(c)** the final allowance and approval of all amounts requested in this Application as the Debtor's accountant for **(i)** the preparation of outstanding tax returns, **(ii)** the preparation of tax returns that come due within the pendency of the bankruptcy, **(iii)** the preparation and/or assistance with preparation of the monthly operating reports, and, **(iv)** the preparation of any financial or tax matters that arise during the pendency of this case (collectively, the "Tax Services").[3]  In support of this Final Application, CRI respectfully represents as follows:

**1.**     On January 23, 2019, the Debtor filed its *Voluntary Petition for Non-Individuals Filing for Bankruptcy* (Doc. No. 1) under chapter 11 of the Bankruptcy Code.

**2.**     On January 29, 2019, the Debtor filed its *Application for Order Authorizing Employment of Carr, Riggs & Ingram, LLC as Accountant* (Doc. No. 15) seeking authority to employ Ann Marie Sales and CRI as the Debtor's accountant, *nunc pro tunc* to January 23, 2019 to provide the Tax Services to the Debtor.

---

[2] Jennis Law Firm files this Application on behalf of the Applicant.
[3] CRI estimates it will incur $2,000.00 in fees from October 1, 2019 through Confirmation of the Debtor's Plan. CRI will file a supplement to this Application for services rendered to the Debtor after October 1, 2019, through the date of the hearing on confirmation of the Debtor's Plan currently scheduled for October 17, 2019.

3. On February 20, 2019, this Court entered an *Order Approving Debtor's Application for Order Authorizing Employment of Carr, Riggs & Ingram, LLC as Accountant* (Doc. No. 22).

4. Section 330 of the Bankruptcy Code permits professional persons employed under Section 327 to seek an award of compensation for services rendered and reimbursement of expenses. This is CRI's first and final application for compensation for professional services rendered by CRI as the Debtor's accountant.

5. CRI submits this application for **(a)** allowance of reasonable compensation for the professional services rendered, **(b)** reimbursement of actual and necessary disbursements incurred in the rendition of all required professional services, and **(c)** payment of those amounts.

6. Through this Application, CRI seeks approval of compensation in the amount of $18,133.50 for preparation and/or assistance with the Debtor's monthly operating reports, assisting the Debtor with questions in connection with the financial aspects related to the bankruptcy, the preparation and filing of the 2018 tax return, and assisting counsel with the Debtor's financial information. Invoices reflecting these amounts and the services provided are attached hereto as **Composite Exhibit "A."**

7. CRI also seeks final approval of all amounts requested in this Application.

8. Applicant does not have any agreement with any other person for the sharing of compensation to be received for the services rendered in this case. There is no referral charge or other sharing arrangement.

9. All of the services for which Applicant seeks compensation were performed for and on behalf of the Debtor and not on behalf of any other person or entity.

10.     The compensation for which approval is sought is reasonable for the work performed.

WHEREFORE, CRI respectfully requests the entry of an order **(i)** approving compensation, as set forth above, for services rendered during the Application Period, **(ii)** authorizing and directing the payment of such fees by the Debtor, **(iii)** providing final allowance and approval of all amounts requested in this Application totaling $18,133.50, and the Supplement, and, **(iv)** granting such other and further relief as may be just.

DATED this 11th day of October 2019.

/s/ Daniel E. Etlinger
David S. Jennis
Florida Bar No. 775940
Daniel E. Etlinger
Florida Bar No. 77420
**Jennis Law Firm**
606 E. Madison Street
Tampa, FL 33602
Telephone: (813) 229-2800
Email: djennis@jennislaw.com
       detlinger@jennislaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the following in the manner stated below on this 11th day of October, 2019:

**Served by the Court Via Notice of Electronic Filing (NEF)**: I have confirmed that the foregoing document was served by the Court via NEF to the following person(s) at the email address(es) noted herein:

Charles F. Edwards, Assistant UST – charles.edwards@usdoj.gov;
United States Trustee – USTPRegion21.TL.ECF@usdoj.gov;

Daniel E. Etlinger, Counsel for Kenny Strange Electric, Inc. – detlinger@jennislaw.com; ecf@jennislaw.com; karon@jennislaw.com; marj@jennislaw.com;
David S. Jennis, counsel for Kenny Strange Electric, Inc.– ecf@jennislaw.com; marj@jennislaw.com;
Davisson F. Dunlap, III, counsel for Sun Coast Electric & Networking, Inc. – davissoniii@dunlapshipman.com, dottiem@dunlapshipman.com;
R. Todd Harris, counsel for United Lighting and Supply Company – harrisservice@pensacolalaw.com;
Perry D. Monioudis, counsel for Graybar Electric Company – perry@monioudislaw.com; pmonioudis@bellsouth.net;

**Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail to the persons and/or entities at the addresses noted herein below:
None

**Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email**: Service was executed to the following person(s)
None

                                      */s/ Daniel E. Etlinger*
                                      Daniel E. Etlinger



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

Kenny Strange Electric, Inc.
2436 N. East Avenue
Panama City, FL  32405

Invoice No.   16604165 (include on check)
Date          01/31/2019
Client No.    40-03716.000

Professional services rendered as follows:

Consulting through January 29, 2019 relative
to Bankruptcy filings.                              Current Amount Due    $    1,450.00

---

We accept most major credit cards.  Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 01/31/2019         Client No: 40-03716
Invoice Number: 16604165         Kenny Strange Electric, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane
Panama City, FL 32405
850-785-6153
Federal ID 72-1396621**

*Kenny Strange Electric, Inc.*
*2436 N. East Avenue*
*Panama City, FL 32405*

Invoice No.   16624229 (include on check)
Date          03/04/2019
Client No.    40-03716.000

Professional services rendered as follows:

Review Court Documents.

Review information to submit to Court.

Questions from Toni regarding Bankruptcy Filing.

Current Amount Due      $    3,213.50

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 03/04/2019        Client No: 40-03716
Invoice Number: 16624229        Kenny Strange Electric, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

*Kenny Strange Electric, Inc. - Bankruptcy*
*2436 N. East Avenue*
*Panama City, FL  32405*

*Invoice No.*   16647227 (include on check)
*Date*          03/31/2019
*Client No.*    40-03716.001

Professional services rendered as follows:

January 2019 MOR.

Progress bill on February 2019 MOR.

                                                            Current Amount Due    $    2,280.00



**2583 Huntcliff Lane
Panama City, FL 32405
850-785-6153
Federal ID 72-1396621**

*Kenny Strange Electric, Inc. - Bankruptcy
2436 N. East Avenue
Panama City, FL 32405*

*Invoice No.   16681516 (include on check)
Date          04/30/2019
Client No.    40-03716.001*

Professional services rendered as follows:

Assistance with February and March, 2019 MOR Reports due to courts.

Current Amount Due    $    1,100.00

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 04/30/2019          Client No: 40-03716
Invoice Number: 16681516          Kenny Strange Electric, Inc. - Bankruptcy

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane
Panama City, FL 32405
850-785-6153
Federal ID 72-1396621**

Kenny Strange Electric, Inc. - Bankruptcy
2436 N. East Avenue
Panama City, FL  32405

Invoice No.   16694847 (include on check)
Date          05/30/2019
Client No.    40-03716.001

Professional services rendered as follows:

Look over April 2019 MOR Report.

Current Amount Due     $     250.00

---

We accept most major credit cards.  Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 05/30/2019          Client No: 40-03716
Invoice Number: 16694847          Kenny Strange Electric, Inc. - Bankruptcy

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

*Kenny Strange Electric, Inc. - Bankruptcy*
*2436 N. East Avenue*
*Panama City, FL  32405*

| | |
|---|---|
| *Invoice No.* | 16714778 (include on check) |
| *Date* | 07/10/2019 |
| *Client No.* | 40-03716.001 |

Professional services rendered as follows:

Look over May 2019 MOR Report

              Current Amount Due  $  250.00

---

We accept most major credit cards. Please complete the following information or contact our office to submit your payment over the phone.

Invoice Date: 07/10/2019  Client No: 40-03716
Invoice Number: 16714778  Kenny Strange Electric, Inc. - Bankruptcy

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

*Kenny Strange Electric, Inc. - Bankruptcy*
*2436 N. East Avenue*
*Panama City, FL  32405*

*Invoice No.*    16725791 (include on check)
*Date*           07/30/2019
*Client No.*     40-03716.001

Professional services rendered as follows:

June 2019 reports and correspondence.

Current Amount Due         $      330.00

---

We accept most major credit cards.  Please complete the following information or contact our office to submit  your payment over the phone.

Invoice Date:  07/30/2019          Client No:  40-03716
Invoice Number:   16725791         Kenny Strange Electric, Inc. - Bankruptcy

Name as it appears on card: _____

Billing Address: _____

Card # _____  Exp Date: _____ Security # _____

Payment Amount: _____  Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane
Panama City, FL 32405
850-785-6153
Federal ID 72-1396621**

Kenny Strange Electric, Inc.
2436 N. East Avenue
Panama City, FL  32405

Invoice No.   16741586 (include on check)
Date          08/29/2019
Client No.    40-03716.000

---

Professional services rendered as follows:

Progress billing for preparation of the 2018 Form 1120S, U.S. Income Tax Return for an S Corporation.

                                                          Current Amount Due   $   2,495.00

---

We accept most major credit cards.  Please complete the following information or contact our office to submit  your payment over the phone.

Invoice Date: 08/29/2019         Client No: 40-03716
Invoice Number:  16741586        Kenny Strange Electric, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

*Kenny Strange Electric, Inc. - Bankruptcy*
*2436 N. East Avenue*
*Panama City, FL  32405*

*Invoice No.    16741583 (include on check)*
*Date           08/29/2019*
*Client No.     40-03716.001*

Professional services rendered as follows:

July 2019 MOR report and revisions

Current Amount Due    $    165.00

---

We accept most major credit cards.  Please complete the following information or contact our office to submit  your payment over the phone.

Invoice Date: 08/29/2019          Client No: 40-03716
Invoice Number:  16741583        Kenny Strange Electric, Inc. - Bankruptcy

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____ Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

*Kenny Strange Electric, Inc.*
*2436 N. East Avenue*
*Panama City, FL  32405*

*Invoice No.*   16772806 (include on check)
*Date*         10/10/2019
*Client No.*   40-03716.000

Professional services rendered as follows:

Final billing for preparation of the 2018 Form 1120S, U.S. Income Tax Return for an S Corporation.

Planning and analysis relative to Bankruptcy.

                                                    Current Amount Due     $   6,600.00



**2583 Huntcliff Lane**
**Panama City, FL 32405**
**850-785-6153**
**Federal ID 72-1396621**

*Kenny Strange Electric, Inc.*
*2436 N. East Avenue*
*Panama City, FL  32405*

*Invoice No.*   *Estimate*
*Date*          *10/10/2019*
*Client No.*    *40-03716.000*

---

Professional services rendered as follows:

Estimate through effective date for
Consulting on Bankruptcy.

8.2 hours                                              Current Amount Due        $    2,000.00

---

We accept most major credit cards.  Please complete the following information or contact our office to submit  your payment over the phone.

Invoice Date:  10/10/2019          Client No:  40-03716
Kenny Strange Electric, Inc.

Name as it appears on card: _____

Billing Address: _____

Card # _____ Exp Date: _____ Security # _____

Payment Amount: _____  Signature: _____

Carr, Riggs & Ingram, LLC reserves the right to assess finance charges on past due balances up to the maximum amount allowed under State law.